Dismissed and Memorandum Opinion filed December 30, 2008








Dismissed
and Memorandum Opinion filed December 30, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00834-CV

____________

 

LAKEISHA THOMAS, Appellant

 

V.

 

UGOCHI UZOKA, Appellee

 



 

On Appeal from the
125th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-60131

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 5, 2008.  On December 16, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.